UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THE UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　v. ) CAUSE NO.
　　　　　　　　　　　　　　　　　) 1:23-cr-55-TWP-MJD
BILLIE DAVIS, )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )

# INDICTMENT

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 249(a)(1)
Hate Crime Act

On or about January 11, 2023, in the Southern District of Indiana, Indianapolis Division, BILLIE DAVIS, the defendant herein, willfully caused bodily injury to Victim #1, and attempted to cause bodily injury to Victim #1 through the use of a dangerous weapon, namely, a knife, because of Victim #1's actual and perceived race and national origin. The offense included an attempt to kill Victim #1.

All in violation of Title 18, United States Code, Section 249(a)(1)(B)(ii).

1



ZACHARY A. MYERS
United States Attorney

By: _____
Peter A. Blackett / mpb
Assistant United States Attorney


KRISTEN M. CLARKE
Assistant Attorney General
Department of Justice
Civil Rights Division

By: _____
Anita T. Channapati
Trial Attorney
Department of Justice