**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:23-cr-00055-TWP-MJD** |
| | ) | |
| **BILLIE DAVIS,** | ) | |
| **Defendant.** | ) | |

**<u>SENTENCING MEMORANDUM</u>**

This sentencing memorandum is based upon meetings with Billie Davis as well as interviews with the following individuals:



In addition, the following records were reviewed:

A.    Health



7. 
8.
9.
10.
11.

B.    Legal
    1.    Monroe County Circuit Court Records
        a.  53C07-███████
        b.  53C07-███████
        c.  53C07-███████
        d.  53C07-███████
        e.  53C07-███████
        f.  53C07-███████
        g.  53C07-███████
        h.  53C07-███████
    2.    Morgan County Court Records
        a.  55C01-███████
    3.    ████████████████

C.    Miscellaneous Records
    1.    ████████████████

# **TABLE OF CONTENTS**

1.  ███████ ............................................................................ 3
2.  ██████ ............................................................................. 4
3.  ████████████████████████████ ....................... 5
4.  ████████ ......................................................................... 6
5.  █████████ ........................................................................ 8
6.  ██████████ ...................................................................... 9
7.  ██████████████████████████████████ 15
8.  █████████ ........................................................................ 16
9.  ███████████ ..................................................................... 17
10. █████████ ........................................................................ 19
11. ██████ ........................................................................... 21
12. ████████ ......................................................................... 23

## 1.  Introduction

Billie Davis's life has been ███████████████████. She has ████████████████████
███████████████ Billie has ██████████████████████████████████████
██████████████████████████████████

Billie's life has been ████████████████████. She was ██████████████████████. She
was ██████████████████████. She was ████████████
██████████. Billie has been ████████████████████████████████
█████████████ She cared for her ████████████████████████████
██████████. She found █████████████████████████████████████
█████████

Billie has also been █████████████████████████████████
███████████. Like many people ████████████, Billie has not had
████████████████████████████████████. Her life has been a
██████████████████, █████████████, █████, and █████████████
██████████████. Although these ██████████████████ ██████
█████████ she has never had access to the level ██████████████████
███████████████████████████████████.██████████

In the nearly two years since her arrest, Billie has ████████████████. Jail is a
difficult place for anyone, ████████████████████. Her combination
of ███████████████████████████████████████ and
████████████████ are █████████████████████████. She
████████████████████████. In jail ████████
██████████.

The time in jail has also been a tremendous learning experience. She has had the
███████████████████████████. She has found a ████████████████ –
███████████████████████ She has looked within herself and realized ████████
███████████████.

Billie Davis has the tools ████████████████. Everyone who knows her
speaks of her kindness and generosity. Her thoughtful letters and gifts have
endeared her to many people. ███████████████████ she is one of the
nicest people they have ever known. Billie is ████████████████████
████████████. She wants to be the person others know and love. Billie wants to
██████████████████████████████████████████████
█████ She wants to ███████████████████████████████
█████.

### 2. Bitter Roots

Billie Davis's ███████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████

██████████████ and that caused ████████████████████████
████████████████████████████ Before the suit could continue,
██████████████████████████████████████
She was ██████████████████████ . She felt she had ██████████
██████████████████████████████████████
███████████████████████████████████████
████████████████ more children followed, with the youngest,
██████████████████ .



Billie
Ranard

Less than two years later, ██████████████████████ .
████████████████████████████████████████████
██████████████████

██████ was suddenly a ████████████████████ . Her oldest, ████ was
███████████ . She received a small, ongoing
███████ but their living condition ████████████████
████████████████████████████████████



In the coming years, ███████████████████████████████████
████ would become ████████████████████████████ . They began
██████████████ , and their names ███████████████████████
████████████ . Most of these were around ████████████████
████████ their sister, ████████████████████████████████
████████████ .

Two months after she ███████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████ .

That child, ████████████████████████████████████████████
███████████████████████████████████████████ ! ████ told
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████ .

Billie's ████████████████████████████████████████████ in
1965. He was ███████████████████████ . Five months after
███████████████████████████████████ . He ██████████████
███████████████████████████████████████████████████████
███████████████████████████ .

███████████████████████████████████████████████████████
█████████████ . A main house, a couple of outbuildings, and a smaller cabin sat on the property.
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

## 3. The Hill

████████ envisioned ████████ as a way to turn ███████████
████████ . He imagined it as a place where they could gather over the years and
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

It would be the ██████████████████████████ that would █████
████████ . His ████████████████████████████████ were
increasingly ████████████████████ . They began to use ████
████████████████████ . The concerts would begin as celebrations,

███████████████████████████. People would show up ███████████████
██████████████████████

█████████████████████████████████████████████████████████ after getting into ████. One of the men █████████. That same year, ████████████████████████████████ ██████████████████████

Billie ████████████████████████████████ She was a sweet little girl who liked to make friends and play. It was her innate good nature that ██████████████ ████████████████████████ Billie began to ████████ She wanted to be ready ██████████████████████████████. ████████████████████████████████████████████ ████████████████████████

Billie continued to ██████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████

The year after ███████ was born, ██████ married a man named ████████████████. Together they had a ███████ named ████████████. ██████████████ all moved in together to a house at ███████████████ in Martinsville. ████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████

4. ████████████████████

Billie continued to persevere ████████████████████ ██████ In █████ grade, she was in class at █████████████████. She was a good student, earning "A"s and making friends. She did a class project on the explorer Sir Francis Drake. Her natural intelligence and work ethic seemed to promise a bright future.

Those gifts could not insulate her from the darkness around her. ██████████████████████████████████

██████████████████████ daughter's first birthday party when Billie – then eleven – played the character of Raggedy Ann to amuse the other children in the family.

As Billie performed in front of her family, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████ Billie was telling the truth.

████████████████████████████████████████████████████████████████████████████████████



5. ████████████

As Billie entered her teens, she had already experienced ██████████████. She was

One bright spot in Billie's life at that time was her friendship with a classmate,



When Billie was fifteen,

6.

Billie was a ▮▮▮▮ at ▮▮▮▮▮▮ when she turned sixteen years old. She was a good student, and well-liked by her teachers. They saw something in Billie and encouraged her to finish school.

███████████████████████████████████████████
███████████████████████████████ On that sunny
late spring day Billie believed her life had taken a turn for
the better.

Things started off well. ████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████



**Billie and Greg, The Reporter-Times, June 8th, 1984**

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████



Billie had remained friends with her old classmate

However, █████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

Her ███████████ was a tremendous blow to Billie. █████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████

█████████ would continue to be ███████████. Her ████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████

Soon after ████████████████████████████████████████████████████
████████████████████████████████████████████████████

Billie was the █████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████



**Angela Ford**

Angela Lynn Miller Ford, 23, daughter of James Robert Miller of Evansville, died Sun-

Angela Ford

day at her home in Martinsville, Ind., from carbon monoxide poisoning, according to the coroner's report.



Billie got a small apartment ███████████████████████████████████████
███████████████████████████████ She began to believe that she might finally be making her own dreams come true.



███████████████████████████████████████████████████████ before. When she

7. ████████████████████████

People who know her well ████████████████████████████████████████████
████████████████████████████████████████ Whereas she had ████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Her ██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

As part of that ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

She was sent to ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████ she married
████████████████████ was Black, and his family objected to him marrying Billie because she was white. Billie was living in ████████████ at the time and had a diverse



friend group. The ██████████████████████████ ████████ ██████████████████████████████.

████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

8. ██████████████████████

When she was ████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████

She ██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

The next year, in ████, Billie met ████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████

████ had a profoundly negative impact on Billie over their time together. ████
████████████████████████████████████████
████████████████████████████████████████

He affected her physical health, too. ████████ █ ██████████████████████████████████████
████████████████████████████████████████

She became ███████████████████████████████ ███

Billie's ██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████

9.  ████████████████████

As she grew older, Billie hoped to build a relationship with ███████████
███████████████████████████████████████████
██████████████████████████.

███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████



Billie was █████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████ .

████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████████



Brenda Ranard in hospice, 20

Billie's █████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

The ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████████ .

Billie ███████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████

Billie's life █████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Billie continued █████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Billie also had made strong connections ███████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

10. ████████████████

Billie looked forward to the day ██████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

When ██████████████████████████████████████████████████████



.

On ▮▮▮▮▮▮▮ several ▮▮▮▮▮▮▮

Billie called her ▮▮▮▮▮▮▮

Even though she ▮▮▮▮▮▮▮

In an effort to change her life for the better, ▮▮▮▮▮▮▮

She walked ▮▮▮▮▮▮▮



11.

Billie was

When she has these

Billie's

Part of the reason

Billie has had an



When Billie encounters

Correctional settings

When she is in

12. ████████████

Despite everything that has happened in her life, Billie has hope for the future. 

In a broader sense, Billie ████████████ Her friendliness and desire to connect with people makes ████████████. She simply wants to have a healthy, modest life she can be proud of.

She has strong supports in the community. ████████████

Respectfully submitted,
*/s/John P. Cocco*
John P. Cocco

John P. Cocco, MSW, LCSW
Indiana Federal Community Defenders
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
T: (317) 383-3520
F: (317) 383-3525